**Order filed July 13, 2017 Withdrawn, Appeals Reinstated and Order filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00415-CR
NO. 14-17-00416-CR
_____

### EX PARTE CLINTON ONYEAHIALAM, Appellant

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause Nos. 1450411-A & 1450412-A**

## ORDER

On July 13, 2017, this court issued an order abating the appeal and directing the trial court to conduct a hearing to determine whether appellant desires to prosecute his appeal. On August 2, 2017, appellant filed a motion to reinstate the appeal because he has paid for the court reporter's record.

The motion is granted. Our order of July 13, 2017, is withdrawn. The appeal is reinstated. The reporter's record is due August 30, 2017.

PER CURIAM